BORIS LEAVITT, Respondent, v. BEN ROSENBAUM, Appellant.— Order so far as appealed from modified by striking out all conditions except as to payment of costs, and as so modified affirmed, with ten dollars costs and disbursements to the appellant, with leave to the defendant to pay the costs provided for in the order

appealed from within ten days from date of entry of order. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.